UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 30 2013

Clerk, U.S. District and
Bankruptcy Courts

Donald White,              )
                           )
         Plaintiff,        )
                           )
    v.                     )        Civil Action No.    13-790
                           )
Barack H. Obama,           )
                           )
                           )
         Defendant.        )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and

application for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e), the Court is

required to dismiss a complaint upon a determination that it, among other grounds, is frivolous.

28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff, a resident of Pittsburgh, Pennsylvania, sues President Barack H. Obama for

"Extortion," "2012 Presidential Election Ballot Tampering," "Coersion [sic]," "Harrassment [sic]

via telephone/internet," and Counterfeiting IRS checks." Compl. ¶ 6. He alleges "that the

defendant has possessed un-controlled substances that were maliciously set forth . . . upon the

plaintiff and John Dyvinski to cause Mr. Dyvinski mis-coloration and severe irrations [sic] upon

his face . . . ." *Id.* ¶ 5. Plaintiff identifies Dyvinski as "a licensed professional conducting

business for and with the Dallas Mavericks," who allegedly became "acquainted" with plaintiff

"subsequent to a prospective employer-employee relationship which is maliciously attacked by

the defendant." *Id.* ¶¶ 2-3. Plaintiff states that the foregoing listed causes "are unrelated to the

category of personal injury." *Id.* ¶ 6.

1

The complaint presents the type of fantastic or delusional scenarios warranting dismissal of the case under § 1915(e) as frivolous. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994); *see also Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981) ("A court may dismiss as frivolous complaints . . . postulating events and circumstances of a wholly fanciful kind."). A separate Order of dismissal accompanies this Memorandum Opinion.

Date: May 21st , 2013

United States District Judge